to this defendant were not supported by well pleaded facts are without merit and were properly overruled by the trial court.

*Judgments affirmed in both cases. Felton, C. J., and Quillian, J., concur.*

---

### 35916. ARRINGTON *v.* MERRITS *et al.*

NICHOLS, J. This is a companion case to *Arrington* v. *Grant,* ante, and is controlled by the decision in that case.

*Judgment affirmed. Felton, C. J., and Quillian, J., concur.*

DECIDED JANUARY 6, 1956.

*Grant, Wiggins, Grizzard & Smith,* for plaintiff in error.

*Nall, Sterne, Miller, Cadenhead & Dennis, Douglas Dennis, Ferdinand Buckley, Marshall, Greene & Neely, Carter, Latimer & Savell,* contra.

---

### 35906. SOUTHERN RAILWAY COMPANY *v.* MERRITS, by Next Friend, *et al.*

NICHOLS, J. This is a companion case to *Southern Railway Company* v. *Grant,* ante, and is controlled by the decision in that case.

*Judgment affirmed. Felton, C. J., and Quillian, J., concur.*

DECIDED JANUARY 6, 1956.

*Marshall, Greene & Neely, Edgar A. Neely,* for plaintiff in error.

*Nall, Sterne, Miller, Cadenhead & Dennis, Carter, Latimer & Savell, Grant, Wiggins, Grizzard & Smith,* contra.

---

### 35971. STEWART OIL COMPANY, INC., *et al. v.* BRYANT *et al.*

QUILLIAN, J. 1. One who furnishes for the use of another a chattel is under the duty to apprize the user of any vice, defect, or deficiency in the chattel, known to him and of which the user is ignorant, which may render its use in the normal and usual manner hazardous. *Moody* v.